UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ANTHONY THURMOND,

    Petitioner,                                          Case No. 1:06-cv-580

v                                                          HON. JANET T. NEFF

KENNETH MCKEE,

    Respondent.

_____/

**FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the objections (Dkts 89, 92, & 93) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 88) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. §2253(c) is DENIED as to each issue asserted.


Dated: April 2, 2009                     /s/Janet T. Neff
                                                   JANET T. NEFF
                                                 UNITED STATES DISTRICT JUDGE